In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-186 CR


 ______________________



LEONARD YVES LILLIE, Appellant



V.



STATE OF TEXAS, Appellees


 




On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 07-07-07328-CR







MEMORANDUM OPINION

 We have before the Court a motion from the appellant, Leonard Yves Lillie, to
dismiss his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally and joined by counsel of record. The appellant filed the motion before
we issued our opinion on appeal. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.




 ________________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered July 16, 2008

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.